IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br>ADRIAN L. HUDSON,<br><br>               Defendant. | 8:06CR42<br><br>**ORDER** |

This matter came on for hearing on May 31, 2012, on Defendant's request for release to inpatient treatment at NOVA Therapeutic Community.

IT IS ORDERED as follows:

The Defendant shall be released from custody on May 31, 2012, so that he can be admitted that same day to the NOVA Therapeutic Community program, 3483 Larimore Avenue, Omaha, Nebraska 68111.

The Defendant shall be released from custody on the condition that he immediately enter such program and remain in and follow all of the requirements of such program.

The Defendant shall execute all necessary release forms to allow his Probation Officer to communicate with Defendant's the counselors and mental health therapists affiliated with NOVA.

The Defendant shall comply with all subsequent recommendations for any aftercare or halfway house placements following completion of inpatient treatment.

The Defendant shall comply with all previously ordered conditions of supervised release.

Should the Defendant be discharged from the program for any reason, or otherwise violate any condition or this order, or the previously set conditions of supervised release, then a warrant shall issue for his arrest.

IT IS TO ORDERED.

Dated this 31st day of May, 2012.

                                                  BY THE COURT:

                                                  s/ Joseph F. Bataillon
                                                  United States District Judge